# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# AT BOWLING GREEN

| | |
|---|---|
| DEMETRICE KIRKWOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:16-CV-00164-GNS |
| | ) |
| ATLANTIC CREDIT & FINANCE | ) *FILED ELECTRONICALLY* |
| SPECIAL FINANCE UNIT III, LLC, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Demetrice Kirkwood and Atlantic Credit & Finance Special Finance Unit III, LLC ("Atlantic") hereby jointly request that this Court dismiss Plaintiff's claims against Atlantic with prejudice. The parties shall bear their own costs and fees.

Dated: July 10, 2017

/s/ James H. Lawson (w/ permission)
James H. Lawson, Esq.
LAWSON AT LAW, PLLC
115 S. Sherrin Ave., Suite 4
Louisville, KY 40207
Tel:   (502) 473-6525
Fax:   (502) 473-6561
james@kyconsumerlaw.com

James McKenzie, Esq.
James R. McKenzie Attorney, PLLC
115 S. Sherrin Avenue, Suite 4
Louisville, Kentucky 40207
Tel:   (502) 371-2179
Fax:   (502) 257-7309
jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*

Dated: July 10, 2017

/s/ J. Tanner Watkins
Joseph N. Tucker, Esq.
J. Tanner Watkins, Esq.
R. Brooks Herrick, Esq.
DINSMORE & SHOHL LLP
101 S. Fifth St., Suite 2500
Louisville, KY 40202
Ph: (502) 540-2300
Fax: (502) 585-2207
joseph.tucker@dinsmore.com
tanner.watkins@dinsmore.com
brooks.herrick@dinsmore.com
*Counsel for Atlantic Credit & Finance Special Finance Unit III, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served this 10th day of July, 2017, using the Court's ECF system to the following:

| | |
|---|---|
| James H. Lawson | James McKenzie, Esq. |
| Lawson at Law, PLLC | James R. McKenzie Attorney, PLLC |
| 115 S. Sherrin Avenue, Suite 4 | 115 S. Sherrin Avenue, Suite 4 |
| Louisville, Kentucky 40207 | Louisville, Kentucky 40207 |
| james@kyconsumerlaw.com | jmckenzie@jmckenzielaw.com |

/s/ J. Tanner Watkins
*Counsel for Defendant*

11480624

2